NO. 3:12-CV-1051-N-BH

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

## CERTIFICATE OF SERVICE

2012 MAY 16 PM 4: 45

I, CHARLES WILLIAMS, certify that **pursuant to IRC §7609(b)(2)(B)** true copies of the attached "Petition To Quash IRS Third Party Summons" have been served, on this 3 day of April, 2012, via Certified Mail to each of the following parties:

Cert. Mail # 7011 1500 0001 8828 1990
Internal Revenue Service
Mike Thornton, IRS AGENT
5450 Stratum Drive, Suite 150
MC 4222NFTW
Fort Worth, Texas 76137

Cert. Mail # 7011 1500 0001 8828 2003
Peoples Banks
5712 Colleyville Blvd.
Colleyville, TX 76034

by Charles Williams My.
_____
CHARLES WILLIAMS, *pro se*

Cc:   U.S. District Court for the Northern District of Texas – Division 4
      Karen Mitchell, Clerk of Court
      1100 Commerce Street, Room 1452
      Dallas, TX 75242

6

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Peoples BANK
   5712 Colleyville Blvd
   Colleyville TX 76034

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Sheri Bechtel_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Sherri Bartholomew
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7011 1150 0001 8828 2003

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   IRS
   Mike Thornton IRS
   Agent
   5450 Stratum Dr Suite 150
   MC 4222 NFTW
   Fort Worth, TX 76137

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: _Donnie Jackson_ ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: APR 04 2012
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service): 7011 1150 0001 8828 1990

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US District Court of the
   Northern Dist of Texas
   Div 4
   Attn: Karen Mitchell
   1100 Commerce St Room
   1452
   Dallas, TX 75242

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X ☐ Agent ☐ Addressee
B. Received by (Printed Name): N Taylor
C. Date of Delivery: 4-4-12
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7011 1150 0001 8828 1976

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHARLES WILLIAMS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:12-CV-1051-N-BH |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| **INTERNAL REVENUE SERVICE, et. al,** | ) | |
| | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge |

**ORDER**

Pursuant to *Special Order 3-251*, this case was automatically referred for pretrial management, including the determination of non-dispositive motions and the issuance of findings, conclusions, and recommendations on dispositive motions

On April 4, 2012, Plaintiff filed this *pro se* civil action against the defendants and paid the filing fee. Because he paid the fee, Plaintiff is responsible for serving each defendant with a summons and a copy of the complaint in this case as provided by Rule 4(c) of the Federal Rules of Civil Procedure. More than 30 days have passed since the filing of the complaint, but Plaintiff has not filed proof with the Court that he has served the defendants or waivers of service from the defendants. If the defendants are not served within 120 days after the filing of the complaint, the action is subject to dismissal without prejudice. *See* Fed. R. Civ. P. 4(m). Fed. R. Civ. P. 4(l)(1) also requires Plaintiff to file proof of service with the Court unless service is waived. This proof must consist of "the server's affidavit" if service was not effected by the United States Marshal or a deputy marshal. *Id.* If Plaintiff does not file a valid return of service or otherwise show that each defendant was properly served, this action may be dismissed.

The Clerk of the Court shall send summons forms and a copy of Fed. R. Civ. P. 4 to Plaintiff.

**SIGNED this 7th day of May, 2012.**

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE